SECOND DEPARTMENT, SEPTEMBER, 1951.

(September 18, 1951.)

MAURICE BLOCK, Appellant, v. JULIUS KAHN, Respondent.— Appeal by plaintiff from an order granting defendant's motion for a severance of two causes of action set out in the amended complaint and directing a separate trial thereof. Order affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

(September 19, 1951.)

In the Matter of JOHN McDONALD, Appellant, and ANTHONY M. LIVOTI, Intervener, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, Respondents, and JAMES J. DELANEY et al., Interveners, Respondents.— On argument, order affirmed, without costs. Leave to appeal to the Court of Appeals granted. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

(September 20, 1951.)

AMERICAN PRESIDENT LINES, LTD., Appellant, v. CHARLES KING, Individually and as an Officer of the Brotherhood of Marine Engineers, et al., Respondents, et al., Defendants.— Order denying plaintiff's motion for a temporary injunction modified so as to provide that the answer of the defendants be served not later than September 24, 1951, and that the action proceed to trial on September 25, 1951, subject to the approval of the Justice presiding at Special Term, Part III, Kings County. As so modified, the order is affirmed, without costs. The record discloses prima facie that a labor dispute exists. On the trial it will appear on all the proof whether a labor dispute in fact exists, and if no such dispute is found to exist, whether, on all the proof, plaintiff is entitled to the relief demanded in the complaint. Nolan, P. J., Johnston, Sneed, Wenzel and Mac-Crate, JJ., concur.

(September 24, 1951.)

ACIERNO GARAGE CORP., Respondent, v. JACOBSON GARAGE, INC., Appellant. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

DURALL CONSTRUCTION Co., Respondent, v. CHARLES L. BELFORD et al., Appellants.— Motion for leave to appeal to the Appellate Division and for a stay denied, without costs. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.